PROB 22
(Rev. 01/24)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 1128 1:16CR00274-002 |
| | DOCKET NUMBER *(Rec. Court)* |
| | **3:25-cr-4-TSL-LGI** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | SD/AL | Mobile |

| | NAME OF SENTENCING JUDGE |
|---|---|
| Michael James Reed | WILLIAM H. STEELE UNITED STATES DISTRICT JUDGE |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 06/25/2024 | 06/24/2028 |

**OFFENSE**

Count 2: Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B), 5 years to 40 yrs imprisonment/$5,000,000 fine/Min. 4 yrs SRT (Class B Felony)
Count 4: Prohibited Person in Possession of a Firearm (Felon) 18 U.S.C. § 922(g)(1), Max. 10 yrs imprisonment/ $250,000 fine/3 yrs SRT (Class C Felony)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Family Ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT OF _____Alabama_____

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   SD/MS   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 1/16/2025 | *William H. Steele* |
|---|---|
| Date | United States District Judge |

·*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jan 17 2025
ARTHUR JOHNSTON, CLERK

UNITED STATES DISTRICT COURT FOR THE _____Southern_____ DISTRICT OF _____Mississippi_____

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 1/16/2025 | |
|---|---|
| *Effective Date* | United States District Judge |