Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:16-cr-00274-TFM-N-2

Case title: USA v. Tellez-Tijerina, et al

Date Filed: 12/28/2016

Date Terminated: 07/19/2023

---

Assigned to: District Judge Terry F. Moorer
Referred to: Magistrate Judge Katherine P. Nelson

**Defendant (2)**

| | |
|---|---|
| **Michael James Reed** <br> *Custody This Court* <br> *TERMINATED: 07/19/2023* | represented by **Andrew M. Jones** <br> Seale, Marsal & Seale <br> P.O. Box 1746 <br> Mobile, AL 36633 <br> (251) 432-6685 <br> Email: jones_lawyer@netzero.net <br> Email: jones_lawyer@netzero.net <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* <br> *Bar Status: Active* |
| | **Paul D. Brown** <br> P. O. Drawer 40456 <br> Mobile, AL 36640-0456 <br> 251-438-4691 <br> Fax: 251438-4693 <br> Email: pdb@law-linc.com <br> Email: pdb@law-linc.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* <br> *Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| NARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE COCAINE (2s) | Defendant is committed to the BOP for a term of 70 MONTHS as to each of Counts Two and Four; said terms to run concurrently. Defendant shall participate in residential, comprehensive substance abuse treatment and vocational training while incarcerated. SRT FOUR (4) YEARS as to each of Counts Two and Four; said terms to |

| | |
|---|---|
| | run concurrently. Defendant shall participate in drug and/or alcohol testing and treatment as directed by the Probation Office. Search condition imposed. SA $200.00 |
| FELON IN POSSESSION OF A FIREARM (4s) | Defendant is committed to the BOP for a term of 70 MONTHS as to each of Counts Two and Four; said terms to run concurrently. Defendant shall participate in residential, comprehensive substance abuse treatment and vocational training while incarcerated. SRT FOUR (4) YEARS as to each of Counts Two and Four; said terms to run concurrently. Defendant shall participate in drug and/or alcohol testing and treatment as directed by the Probation Office. Search condition imposed. SA $200.00 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| Conspiracy to possess with intent to distribute cocaine (1) | dismissed |
| CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE NARCOTICS [COCAINE] (1s) | dismissed |
| Possession with intent to distribute cocaine (2) | dismissed |
| Using, carrying, and possessing a firearm in furtherance of and in relation to a drug trafficking felony (3) | dismissed |
| VIOLENT CRIME/DRUGS/MACHINE GUN (3s) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

| Plaintiff | | |
|---|---|---|
| **USA** | represented by | **Gloria A. Bedwell**<br>U.S. Attorney's Office |

63 S. Royal St., Rm. 600
Mobile, AL 36602
(251) 441-5845
Fax: 2514415277
Email: gloria.bedwell@usdoj.gov
Email: gloria.bedwell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*
*Bar Status: Federal Government*

**Scott Alan Gray**
DOJ-USAO
U.S. Attorney's Office
63 South Royal Street
Suite 600
Mobile, AL 36602
251-415-7111
Email: scott.gray@usdoj.gov
Email: scott.gray@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Federal Government Federal
Government*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2016 | 1 | SEALED INDICTMENT as to Carlos Vincente Walker (1) (Counts 1,2,3), Michael James Reed (2) (Counts 1,2,3), Rafael Tellez-Tijerina (3) (Counts 1,2,3,4) (Forfeiture). (Attachments: # 1 Penalty Page, # 2 Signed Indictment) (mab) (Entered: 12/28/2016) |
| 12/28/2016 | 2 | MOTION to Seal Indictment by USA as to Carlos Vincente Walker, Michael James Reed, Rafael Tellez-Tijerina filed before Judge Sonja F. Bivins. (mab) (Entered: 12/28/2016) |
| 12/28/2016 | 3 | ORDER SEALING INDICTMENT issued as to Carlos Vincente Walker, Michael James Reed, & Rafael Tellez-Tijerina. Signed by Magistrate Judge Sonja F. Bivins on 12/28/2016. (mab) (Entered: 12/28/2016) |
| 11/27/2017 |  | Arrest of Michael James Reed in Southern District of Mississippi. (tgw) (Entered: 12/05/2017) |
| 12/04/2017 | 78 | Rule 5(c)(3) Documents Received as to Michael James Reed from Southern District of Mississippi. (Attachments: # 1 Financial Affidavit) (tgw) (Entered: 12/05/2017) |
| 12/18/2017 | 79 | NOTICE OF Arraignment as to Michael James Reed Arraignment set for 12/21/2017 02:00 PM in US Courthouse, Courtroom 3A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge P. Bradley Murray. (srr) (Entered: 12/18/2017) |
| 12/18/2017 | 80 | ORDER to produce Michael James Reed to appear on 12/21/18 at 2:00 pm for Arraignment. Signed by Magistrate Judge P. Bradley Murray on 12/18/17. (srr) (Entered: 12/18/2017) |
| 12/18/2017 |  | Case unsealed as to Michael James Reed (srr) (Entered: 12/18/2017) |

| 12/20/2017 | | Case unsealed as to Carlos Vincente Walker, Michael James Reed, Rafael Tellez-Tijerina (eec) (Entered: 12/20/2017) |
|---|---|---|
| 12/21/2017 | 81 | CJA 20 as to Michael James Reed: Appointment of Attorney Paul D. Brown for Michael James Reed. The link below is the CJA-19 Notice to Court-Appointed Counsel of Public Disclosure of Attorney Fee Information.<br><br>**CJA 19 Notice of Public Disclosure** . Signed by Magistrate Judge P. Bradley Murray on 12/21/2017. (eec) (Entered: 12/21/2017) |
| 12/21/2017 | | Minute Entry for proceedings held before Magistrate Judge P. Bradley Murray: Arraignment as to Michael James Reed (2) Count 1,2,3 held on 12/21/2017. Defendant ordered detained pending eligibility o trial. (Digital Court Recording) (eec) (Entered: 12/21/2017) |
| 12/21/2017 | 83 | Order on Arraignment as to Michael James Reed (2) Count 1,2,3. Jury Selection set for 1/29/2018 08:45AM. Pretrial Motions due by 1/5/2018. Probation Officers Report due 12/28/2017. Certification of Guideline Calculations due 1/5/2018. Pretrial Conference set for 1/9/2018 09:00 AM in US Courthouse, Courtroom 3A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge P. Bradley Murray. Signed by Magistrate Judge P. Bradley Murray on 12/21/2017. Emailed to AUSA, USM, Prob, Deft's counsel (eec) (Entered: 12/21/2017) |
| 12/22/2017 | 84 | ORDER OF DETENTION as to Michael James Reed. Signed by Magistrate Judge P. Bradley Murray on 12/21/2017. Emailed to AUSA, USM, Prob, Deft's counsel (eec) (Entered: 12/22/2017) |
| 12/29/2017 | 87 | MOTION to Modify Conditions of Release *(Detention Review)* by Michael James Reed. (Brown, Paul) (Entered: 12/29/2017) |
| 01/02/2018 | | REFERRAL OF 87 MOTION to Modify Conditions of Release *(Detention Review)* as to Michael James Reed to Judge Murray (tgw) (Entered: 01/02/2018) |
| 01/03/2018 | | SET Hearings as to Michael James Reed: Motion Hearing re 87 MOTION to Modify Conditions of Release (Detention Review) SET for 1/5/2018 at 02:00 PM in US Courthouse, Courtroom 3A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge P. Bradley Murray. The USM is ORDERED to produce Defendant for this hearing. (Entered: 01/03/2018) |
| 01/05/2018 | | Minute Entry for proceedings held before Magistrate Judge P. Bradley Murray:Bond Revocation Hearing as to Michael James Reed held on 1/5/2018. Defendant released on conditions DCR Digital Audio Recording. (srr) (Entered: 01/05/2018) |
| 01/09/2018 | | Minute Entry for proceedings held before Magistrate Judge P. Bradley Murray: Pretrial Conference as to Michael James Reed held on 1/9/2018. (Digital Court Recording; Scanner No. 23:27 - 30:00) (eec) (Entered: 01/09/2018) |
| 01/10/2018 | 92 | MOTION for Leave to File *Motion to File Out-of-Time Motion to Dismiss* by Michael James Reed. (Attachments: # 1 Exhibit Motion to Dismiss, # 2 Exhibit Brief in Support of Motion to Dismiss) (Brown, Paul) (Entered: 01/10/2018) |
| 01/10/2018 | 93 | Certification Regarding the Preliminary Guideline Calculations of the Probation Officer filed by Michael James Reed. (Brown, Paul) (Entered: 01/10/2018) |
| 01/11/2018 | | REFERRAL OF 92 MOTION for Leave to File *Motion to File Out-of-Time Motion to Dismiss* as to Michael James Reed to Judge Steele. (mbp) (Entered: 01/11/2018) |
| 01/11/2018 | 94 | ENDORSED ORDER granting 92 Defendant's Motion for Leave to File Out of Time as to Michael James Reed (2). Signed by District Judge William H. Steele on 1/11/2018. |

| | | (Steele, William) (Entered: 01/11/2018) |
|---|---|---|
| 01/11/2018 | 95 | ORDER as to Michael James Reed re 92 MOTION to Dismiss by Michael James Reed. The government is to file a response by 1/17/2018. The defendant is to file any reply by 1/22/2018. Signed by District Judge William H. Steele on 1/11/18. (mbp) (Entered: 01/11/2018) |
| 01/16/2018 | 97 | Order on Pretrial Conference as to Michael James Reed. Stipulations: toxicology reports and authentication of business records Deft Conflicts: none. Govt Conflicts: Ms. Bedwell has a training scheduled for February 1, 2018, and February 2, 2018. Jury Selection before a Magistrate Judge consent form to be filed not later than 1/25/18. Jury Selection set for 1/29/2018 at 08:45AM. Signed by Magistrate Judge P. Bradley Murray on 1/12/18. (mbp)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 01/16/2018) |
| 01/17/2018 | 99 | MOTION for Extension of Time to File Response/Reply by USA as to Michael James Reed. (Bedwell, Gloria) (Entered: 01/17/2018) |
| 01/17/2018 | 100 | ENDORSED ORDER granting 99 USA's Motion for Extension of Time to File Response as to Michael James Reed (2). Signed by District Judge William H. Steele on 1/17/2018. (Steele, William) (Entered: 01/17/2018) |
| 01/19/2018 | 101 | RESPONSE to 95 Order, Set/Reset Motion and R&R Deadlines/Hearings filed by Plaintiff USA (Bedwell, Gloria) (Entered: 01/19/2018) |
| 01/19/2018 | | REFERRAL OF 101 Response as to Michael James Reed to Judge Steele (tgw) (Entered: 01/19/2018) |
| 01/22/2018 | 102 | Notice of Rule 404(b) Evidence by USA as to Michael James Reed (Bedwell, Gloria) (Entered: 01/22/2018) |
| 01/22/2018 | 103 | Consent MOTION to Continue in Interest of Justice by Michael James Reed. (Brown, Paul) (Entered: 01/22/2018) |
| 01/23/2018 | | REFERRAL OF 103 Consent MOTION to Continue in Interest of Justice as to Michael James Reed to Judge P. Bradley Murray. (mbp) (Entered: 01/23/2018) |
| 01/23/2018 | 104 | ENDORSED ORDER granting 103 Motion to Continue-Ends of Justice as to Michael James Reed (2). Trial continued for one trial term to March 2018. Pretrial conference reset to February 7, 2018 at 9:00 am in Courtroom 3B before Magistrate Judge Katherine Nelson. Speedy Trial waiver due by January 26, 2018. Signed by Magistrate Judge P. Bradley Murray on 1/23/18. (Murray, P.) (Entered: 01/23/2018) |
| 01/23/2018 | | Reset Hearings as to Michael James Reed: Pretrial Conference set for 2/7/2018 09:00 AM in US Courthouse, Courtroom 3B, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. (eec) (Entered: 01/23/2018) |
| 01/23/2018 | | Reset Deadlines as to Michael James Reed. Waiver of Right to Speedy Trial due by 1/26/2018. (eec) (Entered: 01/23/2018) |
| 01/25/2018 | 107 | WAIVER of Speedy Trial by Michael James Reed (Brown, Paul) (Entered: 01/25/2018) |
| 01/26/2018 | | Set/Reset Hearing as to Michael James Reed: Jury Selection RESCHEDULED for 3/5/2018 08:45AM. (mcb) (Entered: 01/26/2018) |
| 01/31/2018 | 108 | ORDER as to Michael James Reed entered that the defendant is to file and serve any reply brief in support of his motion to dismiss by 2/7/18. Signed by District Judge |

| | | William H. Steele on 1/31/18. (mbp) (Entered: 01/31/2018) |
|---|---|---|
| 02/01/2018 | 109 | Petition for Writ of Habeas Corpus ad testificandum *for the Witness Rafael Tellez-Tijerina* by Michael James Reed. (Brown, Paul) (Entered: 02/01/2018) |
| 02/01/2018 | | REFERRAL OF 109 Petition for Writ of Habeas Corpus ad testificandum *for the Witness Rafael Tellez-Tijerina* as to Michael James Reed to Judge Nelson. (mbp) (Entered: 02/01/2018) |
| 02/05/2018 | 110 | MOTION for Disclosure *of the Identity of the Confidential Informant* by Michael James Reed. (Brown, Paul) (Entered: 02/05/2018) |
| 02/05/2018 | | REFERRAL OF 110 MOTION for Disclosure *of the Identity of the Confidential Informant* as to Michael James Reed to Judge Steele. (mbp) (Entered: 02/05/2018) |
| 02/06/2018 | 111 | ENDORSED ORDER Carry to Pretrial Conference (2/7/2018 9:00 A.M) 109 Petition for Writ of Habeas Corpus ad testificandum for the Witness Rafael Tellez-Tijerina as to Michael James Reed (2). Signed by Magistrate Judge Katherine P. Nelson on 2/6/2018. (ctn) (Entered: 02/06/2018) |
| 02/06/2018 | 112 | MOTION for Subpoena *Pursuant to Fed. R. Crim. P. 17(c)* by Michael James Reed. (Attachments: # 1 Subpoena Duces Tecum to Donna Jill Johnson, Circuit Clerk) (Brown, Paul) (Entered: 02/06/2018) |
| 02/06/2018 | 113 | ENDORSED ORDER granting 112 Defendant's Motion for Subpoena as to Michael James Reed (2). Signed by District Judge William H. Steele on 2/6/2018. (Steele, William) (Entered: 02/06/2018) |
| 02/07/2018 | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Pretrial Conference as to Michael James Reed held on 2/7/2018 DCR Digital Audio Recording. (srr) (Entered: 02/07/2018) |
| 02/07/2018 | 114 | ENDORSED ORDER granting 109 Motion for Writ of Habeas Corpus ad testificandum as to Michael James Reed (2). Signed by Magistrate Judge Katherine P. Nelson on 2/7/18. (srr) (Entered: 02/07/2018) |
| 02/07/2018 | 115 | Writ of Habeas Corpus ad Testificandum Issued to USM for Rafael Tellez-Tijerina from D. Ray James Correctional Institute in Folkston, GA as to Michael James Reed for trial set for month of March 2018. (srr) (Entered: 02/07/2018) |
| 02/07/2018 | 117 | Order on Pretrial Conference as to Michael James Reed. Stipulations: Possible to toxicology report, and to nexus of firearm if superseding indictment issues. Deft Conflicts: None. Govt Conflicts: Counsel has medical appointment 3/14/18; case agent out-of-town 3/15/18-3/30/18. Jury Selection before a Magistrate Judge consent form to be filed not later than 3/1/18. Jury Selection is set for 3/5/2018 at 08:45AM before District Judge William H. Steele. Signed by Magistrate Judge Katherine P. Nelson on 2/7/18. (mbp)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 02/07/2018) |
| 02/08/2018 | 118 | ORDER as to Michael James Reed re 110 MOTION for Disclosure *of the Identity of the Confidential Informant* filed by Michael James Reed. The government is to file its response by 2/16/18. Signed by District Judge William H. Steele on 2/8/18. (mbp) (Entered: 02/08/2018) |
| 02/12/2018 | 119 | RESPONSE in Opposition by USA as to Michael James Reed re 110 MOTION for Disclosure *of the Identity of the Confidential Informant* (Bedwell, Gloria) (Entered: |

| | | |
|---|---|---|
| | | 02/12/2018) |
| 02/14/2018 | | REFERRAL OF 119 Response in Opposition as to Michael James Reed to Judge Steele. (mbp) (Entered: 02/14/2018) |
| 02/16/2018 | 120 | ORDER denying 110 Motion for Disclosure as to Michael James Reed (2). Signed by District Judge William H. Steele on 2/16/2018. (tgw) (Entered: 02/16/2018) |
| 02/16/2018 | 121 | REPLY TO RESPONSE to Motion by Michael James Reed re 119 Response in Opposition (Brown, Paul) (Entered: 02/16/2018) |
| 02/16/2018 | | REFERRAL OF 121 Reply to Response as to Michael James Reed to Judge Steele (tgw) (Entered: 02/16/2018) |
| 02/20/2018 | 122 | ORDER as to Michael James Reed re 121 Reply to Response filed by Michael James Reed. The defendant's deemed motion to reconsider is denied as further set out. Signed by District Judge William H. Steele on 2/20/18. (mbp) (Entered: 02/20/2018) |
| 02/20/2018 | 123 | ORDER as to Michael James Reed re [92-1] motion to dismiss filed by defendant is denied as further set out. Signed by District Judge William H. Steele on 2/20/18. (mbp) (Entered: 02/20/2018) |
| 02/21/2018 | 124 | SUPERSEDING INDICTMENT as to Michael James Reed (2) count(s) 1s, 2s, 3s, 4s. (Attachments: # 1 Penalty Page, # 2 Signed SS Indictment, # 3 Statement) FORFEITURE ALLEGATION (mpp) (Entered: 02/22/2018) |
| 02/23/2018 | 125 | Notice of Intent to Plead Guilty to Count(s) Two and Four *of the Superseding Indictment* as to Michael James Reed (Brown, Paul) (Entered: 02/23/2018) |
| 02/23/2018 | | REFERRAL OF 125 Notice of Intent to Plead Guilty as to Michael James Reed to Judge Katherine P. Nelson (srr) (Entered: 02/23/2018) |
| 02/23/2018 | 126 | NOTICE OF Arraignment on superseding indictment as to Michael James Reed Arraignment set for 2/27/2018 02:30 PM in US Courthouse, Courtroom 3B, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. U.S. Marshal ORDERED to produce defendant for hearing (srr) (Entered: 02/23/2018) |
| 02/23/2018 | 127 | ORDER as to Michael James Reed, Change of Plea Hearing set for 2/27/2018 02:30 PM in US Courthouse, Courtroom 3B, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. U.S. Marshal ORDERED to produce defendant for hearing. Signed by Magistrate Judge Katherine P. Nelson on 2/23/18. (srr) (Entered: 02/23/2018) |
| 02/26/2018 | 128 | TEXT ONLY ORDER as to Michael James Reed, Arraignment on superseding indictment and Change of Plea Hearing RESET for 3/1/2018 03:00 PM in US Courthouse, Courtroom 3B, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. Defendant is ORDERED to personally appear for hearing. Signed by Magistrate Judge Katherine P. Nelson on 2/26/18. (srr) (Entered: 02/26/2018) |
| 02/26/2018 | 130 | NOTICE *of the Filing of a Sealed Ex Parte Document to Determine the Existence of Brady Material* by USA as to Michael James Reed (Bedwell, Gloria) (Entered: 02/26/2018) |
| 02/26/2018 | | REFERRAL OF 130 Notice (Other) as to Michael James Reed to Judge Steele (srr) (Entered: 02/26/2018) |
| 02/28/2018 | 131 | PLEA AGREEMENT as to Michael James Reed with Factual Resume (Plea Agreement is Unsigned pending the Court's ruling on the Government's Ex Parte Under Seal Motion) (Brown, Paul) (Entered: 02/28/2018) |

| | | |
|---|---|---|
| 02/28/2018 | 132 | ORDER as to Michael James Reed granting 129 motion for a determination whether certain material is subject to disclosure under Brady v Maryland. The Court concludes that the material in question is not subject to disclosure under Brady. Signed by District Judge William H. Steele on 2/27/18. (srr) (Entered: 02/28/2018) |
| 03/01/2018 | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Arraignment as to Michael James Reed (2) Count 1s,2s,3s,4s held on 3/1/2018, Change of Plea Hearing as to Michael James Reed held on 3/1/2018 Court Reporter Roy Isbell. (srr) (Entered: 03/01/2018) |
| 03/01/2018 | 133 | PLEA AGREEMENT as to Michael James Reed with factual resume (srr) (Entered: 03/01/2018) |
| 03/01/2018 | 134 | CONSENT TO proceed before a Magistrate Judge for a Guilty Plea as to Michael James Reed (srr) (Entered: 03/01/2018) |
| 03/01/2018 | 135 | Order on Guilty Plea & Minute Entry entered as to Michael James Reed (2) Guilty as to Count 2s and 4s, charging the offense of Count 2s -21:841(a)(1) Possession with intent to distribute cocaine; Count 4s - 18:922(g)(1) felon in possession of firearm. Defense Counsel Paul Brown. Government Counsel Gloria Bedwell. Defendant's guilty plea was accepted 3/1/18 and Defendant was found guilty as charged. The plea agreement was written. The maximum penalties are Count 2s -5-40 yrs/ $5,000,000/ SRT 4 yrs/ SA $100/ Forfeiture of property; Count 4s - up to 10 yrs/$250,000/SRT 3 yrs/SA $100/ Forfeiture of firearms. Pending sentencing Defendant shall remain on conditions of release. Court Reporter Roy Isbell. **This is a text only order**. Sentencing set for 7/24/2018 09:30 AM in US Courthouse, Courtroom 2A, 113 St. Joseph Street, Mobile, AL 36602 before District Judge William H. Steele. Presentence Investigation Report due 6/19/2018. On or before 7/10/2018 the parties shall each file a Position with Respect to Sentencing Factors in accordance with Criminal Local Rule 32(B)(4). Signed by Magistrate Judge Katherine P. Nelson on 3/1/18. (srr) (Entered: 03/01/2018) |
| 03/01/2018 | 136 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Michael James Reed. Objections to R&R due by 3/15/2018. Sentencing Hearing is set for 7/24/2018 at 9:30 a.m. before Judge Steele. Signed by Magistrate Judge Katherine P. Nelson on 3/1/2018. (tgw) (Entered: 03/02/2018) |
| 03/20/2018 | 137 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Michael James Reed for 136 Report and Recommendations on Guilty Plea. The sentencing hearing is scheduled for 7/24/18 at 9:30 a.m. Signed by District Judge William H. Steele on 3/20/18. (mbp) (Entered: 03/20/2018) |
| 07/10/2018 | 142 | POSITION regarding sentencing factors by Michael James Reed with Objections. (Attachments: # 1 Exhibit Laboratory Report) (Brown, Paul) (Entered: 07/10/2018) |
| 07/11/2018 | 143 | POSITION regarding sentencing factors *without objections* filed by USA as to Michael James Reed. (Bedwell, Gloria) (Entered: 07/11/2018) |
| 07/18/2018 | 147 | MOTION to Postpone Sentencing by USA as to Michael James Reed. (Bedwell, Gloria) (Entered: 07/18/2018) |
| 07/18/2018 | | REFERRAL OF 147 MOTION to Postpone Sentencing as to Michael James Reed to Judge Steele. (mbp) (Entered: 07/18/2018) |
| 07/19/2018 | 148 | ORDER granting 147 Motion to Postpone Sentencing as to Michael James Reed (2). Sentencing reset for 11/1/2018 10:00 AM in Courtroom 4A, 155 St. Joseph Street, Mobile, AL 36602 before District Judge William H. Steele. If the Defendant is in custody, the United States Marshals Service is directed to produce Defendant for the hearing. Signed by District Judge William H. Steele on 7/19/2018. (tgw) (Entered: 07/19/2018) |

| 08/22/2018 | | Arrest of Michael James Reed in Southern District of Mississippi. (tgw) (Entered: 08/29/2018) |
|---|---|---|
| 08/28/2018 | [153](#) | Rule 5(c)(3) Documents Received as to Michael James Reed from Southern District of Mississippi. (Attachments: # [1](#) Financial Affidavit) (tgw) (Entered: 08/29/2018) |
| 09/04/2018 | [154](#) | Warrant Returned Executed on 08/21/2018 as to Michael James Reed. Arrest out of District. (skb) (Entered: 09/04/2018) |
| 10/30/2018 | | REFERRAL OF 155 Notice of Filing Character Reference Letter(s) as to Michael James Reed to Judge Steele. (mbp) (Entered: 10/30/2018) |
| 11/01/2018 | | Minute Entry for proceedings held before District Judge William H. Steele:Sentencing held on 11/1/2018 for Michael James Reed, Defendant is committed to the BOP for a term of 70 MONTHS as to each of Counts Two and Four of the Superseding Indictment; said terms to run concurrently. Defendant shall participate in residential, comprehensive substance abuse treatment and vocational training while incarcerated. SRT FOUR (4) YEARS as to each of Counts Two and Four; said terms to run concurrently. Defendant shall participate in drug and/or alcohol testing and treatment as directed by the Probation Office. Search condition imposed. SA $200.00. Counts One and Three are dismissed. Court Reporter Cheryl Powell. (mbp) (Entered: 11/01/2018) |
| 11/09/2018 | [158](#) | JUDGMENT as to Michael James Reed entered, Defendant is committed to the BOP for a term of 70 MONTHS as to each of Counts Two and Four; said terms to run concurrently. Defendant shall participate in residential, comprehensive substance abuse treatment and vocational training while incarcerated. SRT FOUR (4) YEARS as to each of Counts Two and Four; said terms to run concurrently. Defendant shall participate in drug and/or alcohol testing and treatment as directed by the Probation Office. Search condition imposed. SA $200.00. Counts One and Three are dismissed. Signed by District Judge William H. Steele on 11/9/18. (mbp) (Entered: 11/09/2018) |
| 06/27/2023 | 169 | ORDER as to Michael James Reed setting Initial Appearance on Revocation Proceedings set for 6/27/2023 at 02:00 PM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins. The USM is directed to produce the defendant for this hearing. Signed by Magistrate Judge Sonja F. Bivins on 06/27/2023. (srd) (Entered: 06/27/2023) |
| 06/27/2023 | [170](#) | Warrant Returned Executed on 06/27/2023 as to Michael James Reed. (jmr) (Entered: 06/27/2023) |
| 06/27/2023 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins.Initial Appearance re Revocation of Supervised Release and Detention Hearing as to Michael James Reed held on 6/27/2023. Financial discussed orally. Appointment of Andrew Jones for Michael James Reed. Defendant waived the preliminary hearing and after a detention hearing, Defendant was ORDERED DETAINED pending the revocation hearing. DCR Digital Audio Recording. (srd) (Entered: 06/27/2023) |
| 06/27/2023 | [171](#) | CJA 23 Financial Affidavit by Michael James Reed (srd) (Entered: 06/27/2023) |
| 06/27/2023 | 172 | CJA 20 as to Michael James Reed: Appointment of Attorney Andrew M. Jones for Michael James Reed. The link below is the CJA-19 Notice to Court-Appointed Counsel of Public Disclosure of Attorney Fee Information.<br><br>**CJA 19 Notice of Public Disclosure** . Signed by Magistrate Judge Sonja F. Bivins on 06/27/2023. (srd) (Entered: 06/27/2023) |
| 06/27/2023 | [173](#) | WAIVER of Preliminary Hearing by Michael James Reed (srd) (Entered: 06/27/2023) |

| 06/27/2023 | 174 | Order on Initial Appearance for Revocation of Supervised Release as to Michael James Reed (Defendant informed of rights). Andrew Jones appeared for the Defendant. Also present were AUSA Gillard Ladd and PO Ralph Goodwin. The Court found probable cause after waiver of preliminary hearing. Final Hearing re: Revocation of Supervised Release set for 7/13/2023 at 09:30 AM in US Courthouse, Courtroom 3B, 155 St. Joseph Street, Mobile, AL 36602 before District Judge Terry F. Moorer. After a detention hearing, Defendant was ORDERED DETAINED pending the revocation hearing. The USM is DIRECTED to produce Defendant for the revocation hearing before Judge Moorer.. Signed by Magistrate Judge Sonja F. Bivins on 06/27/2023. (srd) (Entered: 06/27/2023) |
|---|---|---|
| 07/03/2023 | | NOTICE OF HEARING as to Michael James Reed: SRT revocation hearing in this matter is set before U.S. District Terry F. Moorer on 7/13/2023 at 9:30 a.m., to be held in Courtroom 3B. Counsel are requested to file notice with the Court if they anticipate that the revocation hearing will exceed thirty (30) minutes. (mab) (mab) (Entered: 07/03/2023) |
| 07/13/2023 | | Minute Entry for proceedings held before District Judge Terry F. Moorer: Hearing re Revocation of Supervised Release as to Michael James Reed held on 7/13/2023. Court Reporter Roy Isbell. Waiver filed. SRT revoked. Deft sentenced to 12 months imprisonment and 48 months SRT, with all previously imposed conditions re-imposed. (mab) (Entered: 07/13/2023) |
| 07/13/2023 | 178 | WAIVER of Revocation Hearing by Michael James Reed (mab) (Entered: 07/14/2023) |
| 07/14/2023 | 179 | NOTICE of Filing Exhibit admitted at revocation hearing held on 7/13/23 as to Michael James Reed (mab) (Entered: 07/14/2023) |
| 07/19/2023 | 180 | JUDGMENT ON REVOCATION OF SUPERVISED RELEASE TERM as to Michael James Reed, Sentence Imposed 7/13/23, Imprisonment: 12 Months; SRT: 48 months, said term consists of 48 months as to Count 2, & 24 months as to Count 4, said terms are to run concurrently w/each other, w/the following special conditions: (1) substance abuse testing as set out, (2) substance abuse treatment as set out, & (3) searches by the USPO as set out. Signed by District Judge Terry F. Moorer on 7/19/23. (tot) (Entered: 07/20/2023) |
| 10/07/2024 | | Exhibits Disposed of (shredded) as to Defendant Michael James Reed after notice to counsel and pursuant to General L.R. 79(f)(2); See Doc. 179 . (mab) (Entered: 10/07/2024) |